UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALDO CIPRIANO,

    Plaintiff,

v.                                            Case No: 8:21-cv-1546-CEH-JSS

CUCINA GLORIA, LLC and
THOMAS N. LUPARI,

    Defendants.
_____/

**<u>ORDER</u>**

      THIS MATTER is before the Court on Defendant Cucina Gloria, LLC's Unopposed Motion to Set Aside Clerk's Default ("Motion"). (Dkt. 19.) On December 14, 2021, Plaintiff moved for entry of a Clerk's default against Defendant Cucina Gloria, LLC ("Defendant"), based upon its failure to timely respond to Plaintiff's Amended Complaint. (Dkt. 16.) The same day, the Clerk entered a default against Defendant. (Dkt. 17.) In the Motion, Defendant asks the Court to set aside the Clerk's default, explaining the reasons for Defendant's delay in appearing in this action and stating that Defendant has meritorious defenses. (Dkt. 19.) Defendant requests an order vacating the default and allowing Defendant ten (10) days to respond to the Amended Complaint. Plaintiff does not object to the relief requested. (Dkt. 19 at 6.)

Upon consideration, the Motion is **GRANTED**.  The Clerk's default against Defendant Cucina Gloria, LLC (Dkt. 17) is **VACATED**, and Defendant shall answer or respond to Plaintiff's Amended Complaint on or before January 14, 2022.

**DONE** and **ORDERED** in Tampa, Florida, on January 4, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record